**Anthony SPRUILL, Appellant,**

v.

**PENNSYLVANIA GENERAL ASSEMBLY and Pennsylvania Board of Probation and Parole, Appellees.**

Supreme Court of Pennsylvania.

April 22, 1999.

### *ORDER*

PER CURIAM:

AND NOW, this 22nd day of April, 1999, probable jurisdiction is noted and the order appealed is affirmed.

**John Richard JAE, Appellant,**

v.

**Martin F. HORN, Commissioner, Pa. Department of Corrections, James M. Morgan, Superintendent State Correctional Institution at Smithfield, Donald R. Morder, Anthony J. Biviano, Michael F. Knott, Members S.C.I. Smithfield Program Review Committee, (P.R.C.), Joseph Stidd, Richard Norris, Charles Mitchell, Pennsylvania Department of Corrections Hearing Examiners, Dr. Robyn E. Jones, Ph.D. Chief Psychologist, S.C.I., Smithfield, Appellees.**

Supreme Court of Pennsylvania.

April 22, 1999.

### *ORDER*

PER CURIAM:

AND NOW, this 22nd day of April, 1999, probable jurisdiction is noted and the order appealed is affirmed.